Circuit Court for Prince George's Co.
Case No. CAD08-21484
Argued: 2/5/16

IN THE COURT OF APPEALS OF MARYLAND


No. 61


September Term, 2015

_____


MARVIN WILSON


v.


SYLVIA WILSON

_____


Barbera, C.J.
Battaglia
Greene
Adkins
McDonald
Watts
Wilner, Alan, M. (Retired,
Specially Assigned),

                    JJ.

_____


PER CURIAM ORDER

_____


Filed: February 9, 2016

_____

MARVIN WILSON                    *      IN THE

                                *      COURT OF APPEALS

        v.                      *      OF MARYLAND

                                *      No. 61

SYLVIA WILSON                    *      September Term, 2015


**PER CURIAM ORDER**


The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 9th day of February, 2016,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.


                                    _____/s/ Mary Ellen Barbera_____
                                            Chief Judge